**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANGEL LOUIS VEGA, | ) | NO. CV 13-09530-VBF(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| CAPTAIN M. NUNEZ ET AL., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that the Second Amended Complaint is dismissed without leave to amend.

///

1        IT IS FURTHER ORDERED that Judgment be entered dismissing the
2   action.
3
4        IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
5   this Order and the Judgment of this date on Plaintiff.
6
7        DATED: October 2, 2014
8
9
10                                  _____
                                       VALERIE BAKER FAIRBANK
11                                     UNITED STATES DISTRICT JUDGE