**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANGEL LOUIS VEGA, | ) | NO. CV 13-09530-VBF(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CAPTAIN M. NUNEZ ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed.

DATED: October 2, 2014

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE